KRISTINE MCALISTER BROWN (pro hac vice application forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, Georgia 30309-3424
Telephone:   404-881-7000
Facsimile:   404-881-7777
E-mail:   kristy.brown@alston.com

RACHEL E. K. LOWE (State Bar No. 246361)
NNOLA AMUZIE (State Bar No. 335188)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:   213-576-1000
Facsimile:   213-576-1100
E-mail:   rachel.lowe@alston.com
          nnola.amuzie@alston.com

Attorneys for Defendant
EARLY WARNING SERVICES, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANTHONY MILLER,<br><br>       Plaintiff,<br><br>vs.<br><br>CITIGROUP INC.; EARLY WARNING SERVICES, LLC; WELLS FARGO, N.A.; DOES 1-50 INCLUSIVE,<br><br>       Defendants. | Case No. 2:21-cv-4237-FLA-MRWx<br><br>Honorable Judge Fernando L. Aenlle-Rocha<br><br>**DEFENDANT EARLY WARNING SERVICES, LLC'S ANSWER TO COMPLAINT FOR:**<br><br>**1. VIOLATION OF BUSINESS & PROFESSIONS CODE §§ 17200 *et seq.*<br>2. VIOLATION OF ELECTRONIC FUNDS TRANSFER ACT 15 U.S.C. § 1693<br>3. INVASION OF PRIVACY, ARTICLE I, § I, CALIFORNIA CONSTITUTION<br>4. VIOLATION OF CALIFORNIA FINANCIAL INFORMATION PRIVACY ACT, CALIFORNIA FINANCIAL CODE §§ 4050 *et seq.*<br>5. INTENTIONAL MISREPRESENTATION AND CONCEALMENT<br>6. NEGLIGENT MISREPRESENTATION<br>7. UNJUST ENRICHMENT<br>8. CONVERSION** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**9. VIOLATION OF THE
UNIFORM COMMERCIAL CODE
OF CALIFORNIA
10. DECLARATORY RELIEF**

[Removed from Superior Court of
California, County of Los Angeles,
Case No. 21LBCV00179 on May 20,
2021]

LEGAL02/40669264v1

Defendant Early Warning Services, LLC ("Early Warning") hereby answers the Complaint (the "Complaint"), (ECF No. 1-1), of Anthony Miller ("Miller") and asserts the following affirmative defenses.  Any allegations that are not specifically admitted herein are denied.

## GENERAL DENIAL

Early Warning denies, generally and specifically, each and every allegation contained in each paragraph of the Complaint.  Further, Early Warning specifically denies that Miller has suffered, or will suffer, any injury or damages, costs or expenses, including attorneys' fees, in the manner or sum alleged, or in any manner or sum whatsoever, by reason of any act, breach or omission of Early Warning or its predecessors, successors, agents, employees or representatives.

Early Warning also asserts the following affirmative defenses.  By alleging the defenses set forth below, Early Warning is not in any way agreeing or conceding that it has the burden of proof or the burden of persuasion on any of these issues.

On May 25, 2021, Early Warning submitted an ex parte application seeking an extension of time to respond to the Complaint after counsel for Miller refused to stipulate to an extension of time to respond to the initial complaint (ECF No. 6).  That application remains pending at the time of this filing.  Early Warning specifically asserts arbitration as an affirmative defense and preserves its right to arbitration of this matter.

## PARTIES, JURISDICATION AND VENUE

1.     Answering Paragraph 1, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

2.     Answering Paragraph 2, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

3.     Answering Paragraph 3, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

4.     Answering Paragraph 4, Early Warning admits that it is a limited liability

LEGAL02/40669264v1

company organized under the laws of the State of Delaware, and that it is licensed to do business in the State of California. Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

5. Answering Paragraph 5, Early Warning admits that it released the Zelle payment system and app in and around September 2017.

6. Answering Paragraph 6, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

7. Answering Paragraph 7, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

8. Answering Paragraph 8, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

9. Answering Paragraph 9, Early Warning admits the monetary and equitable relief sought exceeded the jurisdictional minimums of the Superior Court. Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

10. Answering Paragraph 10, Early Warning otherwise lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

11. Answering Paragraph 11, Early Warning admits that it employs persons and conducts business operations in California. This paragraph also states a legal conclusion concerning the application of the UCL and CLRA not requiring a response and is therefore denied. Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

## **GENERAL ALLEGATIONS**

12. Answering Paragraph 12, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

13. Answering Paragraph 13, Early Warning lacks sufficient information to

LEGAL02/40669264v1

admit or deny the allegations in this paragraph and therefore denies same.

14.     Answering Paragraph 14, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

15.     Answering Paragraph 15, Early Warning denies this allegation.

16.     Answering Paragraph 16, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

17.     Answering Paragraph 17, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

18.     Answering Paragraph 18, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

19.     Answering Paragraph 19, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

20.     Answering Paragraph 20, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

21.     Answering Paragraph 21, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

22.     Answering Paragraph 22, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

23.     Answering Paragraph 23, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

24.     Answering Paragraph 24, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

25.     Answering Paragraph 25, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

26.     Answering Paragraph 26, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

27.     Answering Paragraph 27, Early Warning lacks sufficient information to

ANSWER TO COMPLAINT

admit or deny the allegations in this paragraph and therefore denies same.

28.     Answering Paragraph 28, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

29.     Answering Paragraph 29, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

30.     Answering Paragraph 30, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

31.     Answering Paragraph 31, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

## FIRST CAUSE OF ACTION

## VIOLATION OF BUSINESS & PROFESSIONS CODE §§ 17200 *et seq.*

### (Against All Defendants and Does 1-50)

32.     Answering Paragraph 32, Early Warning incorporates by reference its responses to Paragraphs 1 through 31 of the Complaint.

33.     Answering Paragraph 33, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

34.     Answering Paragraph 34, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

35.     Early Warning denies the allegations in Paragraph 35.

36.     Answering Paragraph 36, Early Warning denies the allegations in Paragraph 36 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

37.     Answering Paragraph 37, Early Warning denies the allegations in Paragraph 37 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

38.     Answering Paragraph 38, Early Warning denies the allegations in Paragraph 38 concerning Early Warning.  This paragraph also states a legal conclusion

ANSWER TO COMPLAINT

LEGAL02/40669264v1

concerning respondeat superior and agency theory not requiring a response and is therefore denied.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

39.    Answering Paragraph 39, Early Warning denies the allegations in Paragraph 39 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

40.    Answering Paragraph 40, Early Warning denies the allegations in Paragraph 40 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

41.    Answering Paragraph 41, Early Warning denies that Plaintiff is entitled to injunctive relief and that any unfair business practice occurred.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

42.    Answering Paragraph 42, Early Warning denies that Plaintiff has standing and has suffered an injury in fact and lost money due to anything that Early Warning did.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

## SECOND CAUSE OF ACTION

### VIOLATION OF ELECTRONIC FUNDS TRANSFER ACT 15 U.S.C. § 1693

#### (Against All Defendants and Does 1-50)

43.    Answering Paragraph 43, Early Warning incorporates by reference its responses to Paragraphs 1 through 42 of the Complaint.

44.    Answering Paragraph 44, this paragraph states a legal conclusion not requiring a response and is therefore denied.

45.    Answering Paragraph 45, this paragraph states a legal conclusion not requiring a response and is therefore denied.

46.    Answering Paragraph 46, this paragraph states a legal conclusion not

ANSWER TO COMPLAINT

LEGAL02/40669264v1

requiring a response and is therefore denied.

47.    Answering Paragraph 47, Early Warning denies the allegations in Paragraph 47 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

48.    Answering Paragraph 48, this paragraph states a legal conclusion regarding EFTA not requiring a response and is therefore denied.  Early Warning denies the allegations in Paragraph 48 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

49.    Answering Paragraph 49, Early Warning denies the allegations in Paragraph 49 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

50.    Answering Paragraph 50, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

51.    Answering Paragraph 51, Early Warning denies the allegations in Paragraph 51 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same. To the extent that Paragraph 51 states a legal conclusion, it does not require a response and is therefore denied.

52.    Answering Paragraph 52, Early Warning denies the allegations in Paragraph 52 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same. this paragraph states a legal conclusion not requiring a response and is therefore denied. To the extent that Paragraph 52 states a legal conclusion, it does not require a response and is therefore denied.

ANSWER TO COMPLAINT

LEGAL02/40669264v1

### THIRD CAUSE OF ACTION

### INVASION OF PRIVACY

### (Against All Defendants and Does 1-50)

53.     Answering Paragraph 53, Early Warning incorporates by reference its responses to Paragraphs 1 through 52 of the Complaint.

54.     Answering Paragraph 54, this paragraph states a legal conclusion not requiring a response and is therefore denied.

55.     Answering Paragraph 55, this paragraph states a legal conclusion not requiring a response and is therefore denied.

56.     Answering Paragraph 56, this paragraph states a legal conclusion not requiring a response and is therefore denied.

57.     Answering Paragraph 57, Early Warning denies the allegations in Paragraph 57 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

58.     Answering Paragraph 58, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

59.     Answering Paragraph 59, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

60.     Answering Paragraph 60, Early Warning denies the allegations in Paragraph 60.

61.     Answering Paragraph 61, Early Warning denies the allegations in Paragraph 61 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same. To the extent that Paragraph 61 states a legal conclusion, it does not require a response and is therefore denied.

62.     Answering Paragraph 62, this paragraph states a legal conclusion not requiring a response and is therefore denied.

# FOURTH CAUSE OF ACTION

## VIOLATION OF CALIFORNIA FINANCIAL INFORMATION PRIVACY ACT, CALIFORNIA FINANCIAL CODE §§ 4050 *et seq.*

### (Against All Defendants and Does 1-50)

63.    Answering Paragraph 63, Early Warning incorporates by reference its responses to Paragraphs 1 through 62 of the Complaint.

64.    Answering Paragraph 64, this paragraph states a legal conclusion not requiring a response and is therefore denied.

65.    Answering Paragraph 65, this paragraph states a legal conclusion not requiring a response and is therefore denied.

66.    Answering Paragraph 66, this paragraph states a legal conclusion not requiring a response and is therefore denied.

67.    Answering Paragraph 67, this paragraph states a legal conclusion not requiring a response and is therefore denied.

68.    Answering Paragraph 68, Early Warning admits that it is an entity.

69.    Answering Paragraph 69, Early Warning denies the allegations in Paragraph 69 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same. To the extent that Paragraph 69 states a legal conclusion, it does not require a response and is therefore denied.

70.    Answering Paragraph 70, this paragraph is vague and unintelligible and Early Warning denies it for these reasons.  To the extent a response is required, Early Warning denies the allegations in Paragraph 70 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

71.    Answering Paragraph 71, this paragraph states a legal conclusion not requiring a response and is therefore denied.

ANSWER TO COMPLAINT

LEGAL02/40669264v1

72.     Answering Paragraph 72, Early Warning denies the allegations in Paragraph 72 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

73.     Answering Paragraph 73, Early Warning denies the allegations in Paragraph 73 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

74.     Answering Paragraph 74, this paragraph states a legal conclusion not requiring a response and is therefore denied.

75.     Answering Paragraph 75, Early Warning denies the allegations. To the extent that Paragraph 75 states a legal conclusion, it does not require a response and is therefore denied.

76.     Answering Paragraph 76, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same. To the extent that Paragraph 76 states a legal conclusion, it does not require a response and is therefore denied.

77.     Answering Paragraph 77, this paragraph states a legal conclusion not requiring a response and is therefore denied.

## FIFTH CAUSE OF ACTION

### INTENTIONAL MISREPRESENTATION AND CONCEALMENT

### (Against All Defendants and Does 1-50)

78.     Answering Paragraph 78, Early Warning incorporates by reference its responses to Paragraphs 1 through 77 of the Complaint.

79.     Answering Paragraph 79, Early Warning denies the allegations in Paragraph 79 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

80.     Answering Paragraph 80, Early Warning denies the allegations in Paragraph 80 concerning Early Warning.  Early Warning lacks sufficient information

ANSWER TO COMPLAINT

to admit or deny the remaining allegations in this paragraph and therefore denies same.

81.     Answering Paragraph 81, Early Warning denies the allegations in Paragraph 81 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

82.     Answering Paragraph 82, Early Warning denies the allegations in Paragraph 82 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

83.     Answering Paragraph 83, Early Warning denies the allegations.

84.     Answering Paragraph 84, Early Warning denies the allegations in Paragraph 84 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same. To the extent that Paragraph 84 states a legal conclusion, it does not require a response and is therefore denied.

85.     Answering Paragraph 85, Early Warning denies the allegations in Paragraph 85.

86.     Answering Paragraph 86, Early Warning Early Warning denies the allegations in Paragraph 86 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.  To the extent that Paragraph 86 states a legal conclusion, it does not require a response and is therefore denied.

## SIXTH CAUSE OF ACTION

## NEGLIGENT MISREPRESENTATION

### (Against All Defendants and Does 1-50)

87.     Answering Paragraph 87, Early Warning incorporates by reference its responses to Paragraphs 1 through 86 of the Complaint.

88.     Answering Paragraph 88, Early Warning denies the allegations in Paragraph 88 concerning Early Warning.  Early Warning lacks sufficient information

to admit or deny the remaining allegations in this paragraph and therefore denies same.

89.     Answering Paragraph 89, Early Warning denies the allegations in Paragraph 89 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

90.     Answering Paragraph 90, Early Warning denies the allegations in Paragraph 90.

## SEVENTH CAUSE OF ACTION
## FOR UNJUST ENRICHMENT
### (Against all Defendants and Does 1-50)

91.     Answering Paragraph 91, Early Warning incorporates by reference its responses to Paragraphs 1 through 90 of the Complaint.

92.     Answering Paragraph 92, Early Warning denies the allegations in Paragraph 92 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

93.     Answering Paragraph 93, Early Warning denies the allegations in Paragraph 93 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

94.     Answering Paragraph 94, Early Warning denies the allegations in Paragraph 94 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same..

## EIGHTH CAUSE OF ACTION
## FOR CONVERSION
### (Against all Defendants and Does 1-50)

95.     Answering Paragraph 95, Early Warning incorporates by reference its responses to Paragraphs 1 through 94 of the Complaint.

96.     Answering Paragraph 96, Early Warning denies the allegations in Paragraph 96 concerning Early Warning.  Early Warning lacks sufficient information

LEGAL02/40669264v1

to admit or deny the remaining allegations in this paragraph and therefore denies same.

97.    Answering Paragraph 97, Early Warning denies the allegations in Paragraph 97 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

98.    Answering Paragraph 98, Early Warning denies the allegations in Paragraph 98 concerning Early Warning.  Early Warning lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

## NINTH CAUSE OF ACTION

## VIOLATION OF CALIFORNIA UNIFORM COMMERCIAL CODE (UCC)

### (Against All Defendants and Does 1-50)

99.    Answering Paragraph 99, Early Warning incorporates by reference its responses to Paragraphs 1 through 98 of the Complaint.

100.    Answering Paragraph 100, this paragraph states a legal conclusion not requiring a response and is therefore denied.

101.    Answering Paragraph 101, this paragraph states a legal conclusion not requiring a response and is therefore denied.

102.    Answering Paragraph 102, this paragraph states a legal conclusion not requiring a response and is therefore denied.

103.    Answering Paragraph 103, this paragraph states a legal conclusion not requiring a response and is therefore denied.

104.    Answering Paragraph 104, this paragraph states a legal conclusion not requiring a response and is therefore denied.

105.    Answering Paragraph 105, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

106.    Answering Paragraph 106, this paragraph states a legal conclusion not requiring a response and is therefore denied.

107.    Answering Paragraph 107, Early Warning lacks sufficient information to

14

ANSWER TO COMPLAINT

admit or deny the allegations in this paragraph and therefore denies same.

108.   Answering Paragraph 108, this paragraph states a legal conclusion not requiring a response and is therefore denied.

109.   Answering Paragraph 109, Early Warning lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies same.

### TENTH CAUSE OF ACTION

### DECLARATORY RELIEF

### (Against All Defendants and Does 1-50)

110.   Answering Paragraph 110, Early Warning incorporates by reference its responses to Paragraphs 1 through 109 of the Complaint.

111.   Answering Paragraph 111, Early Warning denies the allegations in Paragraph 111 concerning Early Warning.  To the extent this paragraph states a legal conclusion, it does not require a response and is therefore denied.

112.   Answering Paragraph 112, Early Warning denies the allegations in Paragraph 112 concerning Early Warning.  To the extent this paragraph states a legal conclusion, it does not require a response and is therefore denied.

### PRAYER FOR RELIEF

Early Warning denies that Miller is entitled to any relief or remedy whatsoever.

### JURY TRIAL DEMAND

Early Warning admits that Miller has demanded a trial by jury.  Early Warning denies that all claims are subject to a jury trial right.

### GENERAL DENIAL

Any and all allegations not expressly admitted herein are hereby denied.

### AFFIRMATIVE DEFENSES

In further response to Miller's Complaint, subject to discovery and based on information and belief, and without assuming the burden of proof on any issue for which Miller bear the burden of proof, Early Warning asserts the following defenses:

LEGAL02/40669264v1

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim Upon Which Relief Can Be Granted)

Miller's Complaint fails to state facts sufficient to constitute a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Lack of Standing)

Miller's Complaint and all causes of action and forms of relief sought therein are barred, in whole or in part, because Miller lacks standing to assert any or all of the causes of action alleged in the Complaint, including, among other reasons, because he has sustained no damages or injury and, even if he sustained injury or damages, such injuries or damages were not related to or caused by Early Warning's conduct. Miller further lacks standing to seek the forms of relief sought by the Complaint.

## THIRD AFFIRMATIVE DEFENSE

### (Consent)

Miller's claims are barred in whole or in part due to his valid consent, either express or implied.

## FOURTH AFFIRMATIVE DEFENSE

### (Contractual Terms)

Miller's claims are barred in whole or in part due to the applicable contractual terms and terms of service barring such claims.

## FIFTH AFFIRMATIVE DEFENSE

### (Arbitration)

Miller's action is barred in whole or in part due to his valid agreement to arbitrate any such dispute. Early Warning's right to compel this action to arbitration is presently being investigated and is expressly reserved herein.

ANSWER TO COMPLAINT

## SIXTH AFFIRMATIVE DEFENSE

(Causation)

Early Warning was neither the proximate, nor the actual cause, of Miller's alleged damages and there was no causal relationship between its conduct and any alleged damages.

## SEVENTH AFFIRMATIVE DEFENSE

(Comparative Fault)

Miller's claim for non-economic damages is barred for the reason that his percentage of comparative fault is greater than the alleged aggregate fault of the Defendants and non-parties hereto

## EIGHTH AFFIRMATIVE DEFENSE

(Unclean Hands)

The causes of action asserted in Miller's Complaint are barred by the doctrine of unclean hands as a result of the acts, conduct, and omissions of Miller or of others that are attributable to Miller.

## NINTH AFFIRMATIVE DEFENSE

(Acquiescence/Ratification)

The causes of action asserted in Miller's Complaint are barred by the doctrines of acquiescence and/or ratification as a result of the acts, conduct, and omissions of Miller or of others that are attributable to Miller.

## TENTH AFFIRMATIVE DEFENSE

(Justification/Privilege)

The causes of action asserted in Miller's Complaint are barred because Early Warning's alleged actions were justified and/or privileged under the circumstances.

## ELEVENTH AFFIRMATIVE DEFENSE

(Laches)

The causes of action asserted in Miller's Complaint are barred by the doctrine

17

ANSWER TO COMPLAINT

of laches.

## TWELFTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The causes of action asserted in Miller's Complaint are barred by the statutory or contractual statutes of limitations.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Waiver/Release)

Miller has waived and released whatever rights he may have had to assert any alleged cause of action against Early Warning, and is therefore barred from asserting the purported causes of action in the Complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

Miller would be unjustly enriched if allowed to recover on the Complaint.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Lack of Privity)

The claims in Miller's Complaint are barred, in whole or in part, by lack of privity.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Mootness)

The claims in Miller's Complaint are barred, in whole or in part, to the extent that the claims or the relief sought are moot.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Failure to Plead With Particularity)

The Complaint's fraud and misrepresentation-based claims are barred because Miller failed to plead these causes of action with the requisite particularity.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Duty)

ANSWER TO COMPLAINT

The Complaint's fraud and misrepresentation-based claims are barred because Early Warning did not owe to Miller a duty to disclose the alleged undisclosed facts.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Lack of Materiality)

Miller is barred from recovery because the representations and actions alleged in the Complaint were not and are not material, in that they were not and are not likely to affect the decisions or conduct of consumers, or to have caused consumers to have chosen differently, but for such alleged representations or actions, in light of the information available and known to consumers, and in that the alleged representations and actions were not likely to mislead consumers acting reasonably under the circumstances.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Truth)

Miller is barred from recovery because the underlying statements, if any, are true and not misleading.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (No Actual or Reasonable Reliance)

Miller is not entitled to recover damages because they did not actually rely on any alleged statements by Early Warning.  And, even if he had, such reliance was not reasonable.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (No Intent to Deceive)

Miller is precluded from recovery because the representations and actions alleged were not intended by Early Warning to deceive, nor through the exercise of reasonable care could be known to, deceive Miller.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

ANSWER TO COMPLAINT

LEGAL02/40669264v1

1   Without admitting any liability, Miller failed to mitigate his alleged damages, if
2   in fact any damages have been or will be sustained, and any recovery by Miller must
3   be diminished or barred as a result.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

(Performance as Agreed)

6   The causes of action alleged in the Complaint are barred, in whole or in part, by
7   because Early Warning timely, fully, and adequately performed.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

(Substantial Compliance)

10   The causes of action alleged in the Complaint are barred, in whole or in part, by
11   the doctrine of substantial compliance.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

(Implied Covenant of Good Faith and Fair Dealing)

14   Miller's claims are barred, in whole or in part, to the extent Miller breached the
15   implied covenant of good faith and fair dealing.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

(Statutory Safe Harbor)

18   Miller's claims are barred to the extent that Early Warning acted in conformity
19   with the law, including, but not limited to, as set forth in 15 U.S.C. § 1693m(d)(1) and
20   *Cel-Tech Commc'ns, Inc. v. L.A. Cellular Tel. Co.*, 20 Cal. 4th 163, 180 (1999).

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

(Statutorily Barred/Preemption)

23   Miller's claims are barred to the extent that he seeks to impose duties other than
24   those set forth in EFTA and Regulation E, or that conflict with, or are an obstacle to,
25   those in EFTA and Regulation E.

### TWENTY-NINTH AFFIRMATIVE DEFENSE

(No Entitlement to Damages, Restitution, or Injunctive Relief)

LEGAL02/40669264v1

Miller is barred from any recovery because Miller cannot show that he is entitled to damages as a result of any acts or omissions by Early Warning. The Complaint's claim for restitution is further barred because the amount of damages, if any, is speculative, and because of the impossibility of ascertaining and allocating these alleged damages. The Complaint's prayer for injunctive relief is similarly barred as improper and unsupported by law.

## THIRTIETH AFFIRMATIVE DEFENSE

### (No Entitlement to Attorneys' Fees)

Miller's Complaint fails to state a claim for attorneys' fees or set forth facts sufficient to support such a claim.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (No Punitive or Exemplary Damages)

Although Early Warning denies engaging in any conduct justifying an award of punitive damages, any such award would violate the excessive fines, due process, and other applicable clauses of the United States and California Constitutions, as well as other statutes. The Complaint fails to state facts sufficient to support an award of punitive damages against Early Warning and fails to meet the requirements of Civil Code section 3294.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Adequate Legal Remedy)

The injury or damage alleged by Miller, if any exists, would be adequately compensated in an action at law for damages. Miller, therefore, has a complete and adequate remedy at law and is not entitled to seek equitable relief.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

### (Estoppel)

The causes of action asserted in Miller's Complaint are barred because Miller is estopped by his own actions and conduct from pursuing the claims in the Complaint.

ANSWER TO COMPLAINT

LEGAL02/40669264v1

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (Reservations to Raise Other Defenses)

Early Warning hereby gives notice that it intends to rely upon such other and further affirmative defenses as may become available during discovery in this litigation and reserve the right to amend this Answer to assert any such defenses.

## DEMAND FOR JURY TRIAL

If this matter is not arbitrated, Early Warning hereby demands a trial by jury on all issues so triable.

## PRAYER

**WHEREFORE**, Early Warning requests that the Court enter a judgment against Miller:

1.  That Miller takes nothing by reason of the Complaint;

2.  That judgment be entered in favor of Early Warning and against Miller and the putative class;

3.  For costs and attorneys' fees incurred by Early Warning herein, if and to the extent permitted by law; and

4.  Granting such other and further relief as this Court may deem just and proper.


Dated: May 27, 2021

*/s/ Rachel E. K. Lowe*
_____

KRISTINE MCALISTER BROWN
(pro hac vice application forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, Georgia 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777
E-mail: kristy.brown@alston.com

LEGAL02/40669264v1

RACHEL E. K. LOWE (State Bar No. 246361)
NNOLA AMUZIE (State Bar No. 335188)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:  213-576-1000
Facsimile:   213-576-1100
E-mail: rachel.lowe@alston.com
             nnola.amuzie@alston.com

Attorneys for Defendant
EARLY WARNING SERVICES, LLC

ANSWER TO COMPLAINT

LEGAL02/40669264v1