Tricia L. Legittino (SBN 254311)
tlegittino@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650

Attorneys for CITIBANK, N.A.
improperly sued herein as Citigroup Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTHONY MILLER,<br><br>   Plaintiff,<br><br>vs.<br><br>CITIGROUP INC.; EARLY WARNING SERVICES, LLC; WELLS FARGO, N.A.; DOES 1-50 INCLUSIVE,<br><br>   Defendants. | Case No. 2:21-cv-4237-FLA-MRW<br><br>**DECLARATION OF TRICIA L. LEGITTINO IN SUPPORT OF DEFENDANT CITIBANK N.A.'S NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING ARBITRATION AND STAYING ACTION**<br><br>Date: July 16, 2021<br>Time: 1:30 p.m.<br>Crtm: 6B |

FKKS:2981031v.1  28253.800

## DECLARATION OF TRICIA L. LEGITTINO

I, Tricia L. Legittino, declare:

1. I am an attorney duly admitted to practice before this Court. I am a Partner with Frankfurt Kurnit Klein & Selz PC, attorneys of record for Defendant Citibank, N.A ("Citibank"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of Citibank's Notice of Motion and Motion for an Order Compelling Arbitration and Staying Action (the "Motion").

2. I met and conferred with counsel for Plaintiff, Zachary McCready, on May 27, 2021, regarding the substance of the Motion. I inquired with counsel as to whether his client would stipulate to proceed by arbitration. Counsel stated that he would not agree to a potential stipulation to proceed by arbitration.

3. Plaintiff has improperly sued Citigroup Inc. in this action. As can be seen from the Client Manual Consumer accounts, the signature cards, and other documents concerning the checking account at issue in the Complaint, Citibank, N.A. is the proper entity that maintained these accounts and not Citigroup Inc. When I met and conferred with Mr. McCready about this on May 27th he said that Plaintiff will "probably amend" his complaint to reflect the correct corporate entity. In the event that Plaintiff does not amend his complaint to name the correct entity, Citibank reserves the right to file whatever is necessary to ensure that the correct entity is a named defendant in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of June, 2021 at Los Angeles, California.

_____
TRICIA L. LEGITTINO