# EXHIBIT B

DATE: **05/08/2020**   FIMP:**013**   **CITI PRIORITY**                                          citi

ACCOUNT TITLE:  **MR ANTHONY D MILLER**
ADDRESS:        **618 NEWPORT AVE**
                **LONG BEACH CA 90814**

ACCOUNT NUMBER(S)   **CKG 42028749416**

| NAME/SIGNER | CARD NO |
|---|---|
| **Mr Anthony D Miller** | |
| | |
| | |
| | |

By signing below, I: (1) confirm I have received and agree to be bound by all Citibank, N.A. terms and conditions applicable to my account(s), including the Client Manual Consumer Accounts, its Marketplace Addendum and/or any applicable loan note(s) or agreement(s), and (2) understand and acknowledge that, if applicable, such note(s)/agreement(s) provide that any dispute between us will be resolved by binding arbitration.

| Signer 1 Signature *[signed: Anthony D Miller]* | Signer 2 Signature |
|---|---|
| Signer 3 Signature | Signer 4 Signature |