Tricia L. Legittino (SBN 254311)
tlegittino@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone:  (310) 579-9600
Facsimile:   (310) 579-9650

Attorneys for Defendant Citibank, N.A.
improperly sued herein as Citigroup Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTHONY MILLER,<br><br>                Plaintiff,<br><br>     vs.<br><br>CITIGROUP INC.; EARLY WARNING SERVICES, LLC; WELLS FARGO, N.A.; DOES 1-50 INCLUSIVE,<br><br>                Defendants. | Case No. 2:21-cv-4237-FLA-MRW<br><br>**DEFENDANT CITIBANK, N.A.'S LOCAL RULE 7.1-1 CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[*Filed Concurrently with Notice of Motion and Motion for an Order Compelling Arbitration and Staying Action*] |

FKKS:2975247v.1  28253.800

TO THE COURT AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel of record for Defendant Citibank, N.A. certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Anthony Miller.
2. Defendant Citibank, N.A.
3. Citigroup, Inc., parent corporation of Citibank, N.A.

DATED:  June 6, 2021                    FRANKFURT KURNIT KLEIN + SELZ PC

By:    */s/ Tricia L. Legittino*
Tricia L. Legittino
Attorneys for Defendant CITIBANK, N.A. improperly sued herein as Citigroup Inc.