1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTHONY MILLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITIGROUP INC.; EARLY WARNING SERVICES, LLC; WELLS FARGO, N.A.; DOES 1-50 INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:21-cv-4237-FLA-MRW<br><br>**[PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING ACTION**<br><br>Date: July 16, 2021<br>Time: 1:30 p.m.<br>Crtm: 6B |

# [PROPOSED] ORDER

Defendant Citibank, N.A.'s Motion for An Order Compelling Arbitration and Staying Action came on for hearing on July 9, 2021 at 1:30 p.m.. before the Honorable Fernando L. Aenlle-Rocha of the United States District Court for the Central District of California, located at 350 West 1st Street, 6th Floor, Los Angeles, CA 90012.  Upon consideration of the Motion and concurrently-filed supporting documents, the opposition papers, the reply papers, the pleadings and records on file herein, upon arguments of counsel, and good cause appearing therefore, the Motion is GRANTED.  IT IS HEREBY ORDERED that:

Plaintiff is COMPELLED to pursue in arbitration before JAMS the claims it has raised in this action, and this action is STAYED in its entirety pending completion of arbitration.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                      Hon. Fernando L. Aenlle-Rocha
                                                      United States District Judge