KRISTINE MCALISTER BROWN (pro hac vice application pending)
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, Georgia 30309-3424
Telephone:   404-881-7000
Facsimile:    404-881-7777
E-mail:      kristy.brown@alston.com

RACHEL E. K. LOWE (State Bar No. 246361)
NNOLA AMUZIE (State Bar No. 335188)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:   213-576-1000
Facsimile:    213-576-1100
E-mail:      rachel.lowe@alston.com
             nnola.amuzie@alston.com

Attorneys for Defendant
EARLY WARNING SERVICES, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANTHONY MILLER,<br><br>       Plaintiff,<br><br>vs.<br><br>CITIGROUP INC.; EARLY WARNING SERVICES, LLC; WELLS FARGO, N.A.; DOES 1-50 INCLUSIVE,<br><br>       Defendants. | Case No. 2:21-cv-4237-FLA-MRWx<br><br>Honorable Judge Fernando L. Aenlle-Rocha<br><br>**DEFENDANT EARLY WARNING SERVICES, LLC'S NOTICE OF JOINDER AND JOINDER IN MOTION TO COMPEL ARBITRATION FILED BY DEFENDANT CITIBANK, N.A., ERRONEOUSLY SUED AS CITIGROUP, INC.**<br><br>Hearing Date:  July 16, 2021<br>Time: 1:30 p.m.<br>Department: 6B<br><br>[Removed from Superior Court of California, County of Los Angeles, Case No. 21LBCV00179 on May 20, 2021] |

---

JOINDER IN MOTION TO COMPEL ARBITRATION

LEGAL02/40687001v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant Early Warning Services, LLC ("Early Warning") hereby respectfully joins in the Notice of Motion and Motion to Compel Arbitration filed and served by Defendant CitiBank, N.A., erroneously sued as Citigroup, Inc. ("CitiBank"), ECF No. 12, set for hearing at the time and place indicated above.  Early Warning joins in all portions of CitiBank's motion and moving papers, including all exhibits and evidence submitted with respect thereto.[1]  Plaintiff Anthony Miller's ("Miller") claims against Early Warning relate to Miller's accounts with CitiBank.  As is set forth in the Motion, Miller agreed to arbitrate this dispute against CitiBank and its alleged agents.

Accordingly, Early Warning joins in CitiBank's request that this Honorable Court order Plaintiff to resolve all pending claims in arbitration and stay this action in its entirety pending the outcome of the parties' arbitration.

Dated: June 11, 2021

/s/ Rachel E. K. Lowe

KRISTINE MCALISTER BROWN
(pro hac vice application pending)
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, Georgia 30309-3424
Telephone:  404-881-7000
Facsimile:   404-881-7777
E-mail:      kristy.brown@alston.com

RACHEL E. K. LOWE (State Bar No. 246361)
NNOLA AMUZIE (State Bar No. 335188)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:  213-576-1000
Facsimile:   213-576-1100

---

[1] During a telephonic conference on June 8, 2021, Miller confirmed that he would stipulate to arbitration of this matter.  Early Warning submits this joinder in the event the parties are not able to reach a stipulation and the motion remains necessary.

1

JOINDER IN MOTION TO COMPEL ARBITRATION

E-mail: rachel.lowe@alston.com
        nnola.amuzie@alston.com
Attorneys for Defendant
EARLY WARNING SERVICES, LLC

JOINDER IN MOTION TO COMPEL ARBITRATION

LEGAL02/40687001v1