Zachary McCready, Esq. SBN: 249885
Zachary C. Skidelsky, Esq. SBN: 318483
**MCCREADY LAW GROUP**
3701 Long Beach Blvd., Suite 324
Long Beach, California 90807
Telephone: (562) 364-7350
Facsimile: (888) 330-4174
Email: zachs@longbeachattorney.com

Attorneys for Plaintiff
ANTHONY MILLER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Western Division - Los Angeles)**

| | |
|---|---|
| ANTHONY MILLER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>CITIGROUP INC.; EARLY WARNING SERVICES, LLC; WELLS FARGO, N.A.; DOES 1-50 INCLUSIVE<br><br>　　　　　Defendants. | CASE NO.: **2:21-cv-04237-FLA-MRW**<br><br>**JOINT STATEMENT ON PROGRESS OF SETTLEMENT AND ARBITRATION OF PARTIES** |

Plaintiff, ANTHONY MILLER, Defendant CITIBANK, N.A. (improperly sued herein as CITIGROUP, Inc.) (hereinafter "Citi") and Defendant Early Warning Services, LLC (hereinafter "EWS"), (collectively referred to as the "Parties") hereby submit this Joint Statement on Progress of Settlement and Arbitration of Parties:

The Parties have agreed to attempt settlement prior to initiating the arbitration and incurring additional expense and as a result, have continued settlement discussions since January 2022.

Over the last seven months, involved settlement discussions have occurred.

Defendants CITIBANK, N.A. and EWS communicated their latest settlement offers on July 1, 2022. On July 1, 2022, Plaintiff has communicated his latest counteroffer to settle this matter and has reiterated that counteroffer on July 5, 2022. The latest settlement discussions have been on-going between all counsel for the Parties.

As of July 7, 2022, Defendants CITIBANK, N.A. and EWS have yet to answer Plaintiff with respect to the latest counteroffer to settle this matter.

If the Parties are unable to settle this matter prior to August 31, 2022, the Parties will submit the matter for arbitration.

RESPECTFULLY SUBMITTED,

DATE: July 7, 2022

*Zachary C. Skidelsky*
Zachary C. Skidelsky
Attorney for Plaintiff
Anthony Miller


/s/ Tricia Legittino
Tricia L. Legittino
Attorney for Defendant
Citibank, N.A.


____/s/ Rachel Lowe____
Rachel Lowe
Attorney for Defendant
Early Warning Services, LLC

**PROOF OF SERVICE**

I, Zachary C. Skidelsky, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is McCready Law Group, 3701 Long Beach Blvd., Long Beach, CA 90807.

On July 8, 2022 I served the document(s) described as:

**JOINT STATEMENT ON PROGRESS OF ARBITRATION OF PARTIES**

<u>X</u>   BY CM/ECF: All parties on this case that are listed on the court's CM/ECF Program to automatically receive notice of filings.

___   [FEDERAL] I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 8, 2022 at Los Angeles, California.

*Zachary C. Skidelsky*
Zachary C. Skidelsky